IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHEILA MAIN     *
       PLAINTIFF     *
                          *
V.     *
                          *     CASE NO. 4:17CV00605 SWW
                          *
OZARK HEALTH, INC.     *
       DEFENDANT     *
                          *
                          *

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 29TH DAY OF JANUARY, 2019.

                                       /s/Susan Webber Wright
                                       UNITED STATES DISTRICT JUDGE