IN THE UNITED STATES DISTRICT COURT OF ARKANSAS
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHEILA MAIN                                                                                    PLAINTIFF

V.                          CASE NO. 4:17-CV-605-SWW

OZARK HEALTH, INC.                                                                      DEFENDANT

## NOTICE OF APPEAL

Notice is given that Sheila Main, Plaintiff, in the above captioned case, appeals to the United States Court of Appeals for the 8th Circuit from the following:

1.  Judgment entered on January 29, 2019, ECF No. 63.

2.  Order entered on January 29, 2019, ECF No. 62, in which the District Court granted the Motion for Summary Judgment of Defendant Ozark Health, Inc., and dismissed, with prejudice, Main's claims.

Respectfully submitted,

By:   /s/ *Allen C. Dobson*
Allen C. Dobson, ABN 85040
BAXTER, JEWELL & DOBSON, P.A.
One Information Way, Suite 210
Little Rock, Arkansas 72201
Telephone: 501-664-9555
Facsimile: 501-664-9559
E-mail: adobson@bjd-law.com

– *and* –

/s/ *John D. Coulter*
John D. Coulter, ABN 98148
MCMATH WOODS P.A.
711 West Third Street
Little Rock, Arkansas 72201
Telephone: (501) 396-5400
Facsimile:  (501) 374-5118
E-mail: john@mcmathlaw.com
Attorneys for Plaintiff

1

2

**CERTIFICATE OF SERVICE**

    I certify that on this 26th day of February, 2019, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following via e-mail at the address listed below:

| | |
|---|---|
| Regina A. Young | William Stuart Jackson |
| ryoung@wlj.com | wjackson@wlj.com |
| *Attorney for Defendant* | *Attorney for Defendant* |

                                              /s/ *Allen C. Dobson*